

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's September 21, 2021 Final Judgment is REVERSED. We REMAND this cause to the trial court for further proceedings consistent with our opinion.

We ORDER appellee to pay the costs of this appeal.

SIGNED May 17, 2023.

Beth Watkins, Justice